UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD CLIFFORD McINTYRE,

                          Petitioner,

     v.

ISIDRO BACA, et al.,

                         Respondents.

Case No. 3:13-cv-00079-MMD-WGC

ORDER

     IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas.

     DATED THIS 12th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE